IN RESPONSE TO:
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FASTWAY MOVING LLC, | Civil Action |
| Plaintiff, | File Number: Case 1:09-cv-11620-LTS |
| -versus- | Judge Leo T. Sorokin |
| PABLO MELO, | |
| Defendants. | |

**ORIGINAL COMPLAINT**

1. Fastway Moving, Inc. ("Fastway") is a Massachusetts corporation with a principal place of business at 155 West Street, Wilmington, Massachusetts.
2. Ezway Moving, LLC. ("Ezway") is a Florida limited liability corporation with a principal place of business at 2001 NW 15th Avenue, Suite 102, Pompano Beach, Florida.
3. Pablo Melo is an individual residing, on information and belief, at 16 Glen St. Cliffside Park, New Jersey.

**ANSWER**

To Whom It May Concern:

I, Pablo Melo, resident at 16 Glen Street, Cliffside Park, NJ, hereby declare that I have no affiliation by means of employment, directorship, ownership, and/or shareholder of Ezway Moving, LLC. ("Ezway"). I believe that there has been a mistake of identity pursuant to this civil case and kindly request a reevaluation.

HOWEVER, I provided computer services to Fastway Moving LLC in early 2009; during that time I performed my duties in accordance with their expectations. I later resigned as a result of Fastway Moving LLC failing to pay my wages in a timely manner. In addition, travel expenses outweighed wage benefits for continuing consulting services in the State of Massachusetts.

Finally, I am not aware of any violations to company policy during employment at Fastway Moving Inc. In fact, neither prior nor anytime during employment at Fastway Moving Inc I was presented and/or trained in the company's information security policy and/or guidelines for handling classified information; I am not even aware that I was ever given access to such "classified business information". Hence, I believe that you have the wrong person on this civil case since I can definitely state that I have never mishandled classified information while employed at Fastway Moving LLC.

Sincerely,

*[signature]*
Pablo Melo